**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Lester JOHNSON, Defendant–**
**Appellant.**

**No. 01–8123.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 7, 2002.

Lester Johnson, Appellant Pro Se. Sean Kittrell, Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Lester Johnson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Johnson,* Nos. CR–95–488; CA–00–3198 (D.S.C. Nov. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*